IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:07cr7-1-V

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| RICKY JAMES BERRYMAN, JR. | ) | |

**THIS MATTER** is before the Court upon the Defendant and defense counsel's Notice Of Withdrawal Of Motions. The notice represents that the Defendant wishes to withdraw his motion to withdraw his guilty plea, filed on December 6, 2007. The motion further represents that defense counsel wishes to withdraw her motion to withdraw as counsel of record which was also filed on December 6, 2007. For good cause shown, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that Notice Of Withdrawal Of Motions is hereby **GRANTED.**

Signed: December 27, 2007

Richard L. Voorhees
United States District Judge